IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) Case No. 17-CR-30154-SMY |
| vs. | ) ) |
| | ) Title 18, United States Code, |
| LYNNE JONES, | ) Section 641 |
| | ) |
| Defendant. | ) |

**INFORMATION**

**FILED**
**SEP 26 2017**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**THE UNITED STATES ATTORNEY JURY CHARGES:**

**THEFT OF VETERAN'S ADMINISTRATION BENEFITS**

1. From on or about August 7, 2010 through on or about May 1, 2015, in St. Clair County, within the Southern District of Illinois,

**LYNNE JONES**

the defendant herein, did knowingly and willfully convert to her own use, without authority, money and property of the United States, Veteran's Administration survivor death benefits in the amount of $62,685.

All in violation of Title 18, United States Code, Section 641.

_____
DONALD BOYCE
United States Attorney
Southern District of Illinois

_____
NORMAN R. SMITH
Assistant United States Attorney

Recommended bond: personal recognizance