THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,   )
                            )
        Plaintiff,          )
                            )
vs.                         )   Case No. 17-CR-30154-SMY
                            )
LYNNE JONES,                )
                            )
        Defendant.          )

FILED
OCT 19 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

## STIPULATION OF FACTS

Comes now Donald S. Boyce, United States Attorney for the Southern District of Illinois through Norman R. Smith, Assistant U.S. Attorney for this District and herewith enter into the following Stipulation of Facts with the defendant, Lynne Jones, represented by her attorney Justin Kuehn, pertaining to the relevant conduct of the defendant within the scope of U.S.S.G. §1B1.3.

1. From on or about August 7, 2010 through on or about May 1, 2015, in St. Clair County, within the Southern District of Illinois, **LYNNE JONES** did knowingly and willfully convert to her own use, without authority, money and property of the United States, Veteran's Administration survivor death benefits in the amount of $62,685.

2. Betty Guthrie received VA benefits of $1130/month based on her deceased husband's military service. Records indicate she passed away 8/7/2010.

3. **LYNNE JONES** was the power of attorney for Betty Guthrie.

4. On April 9, 2015, **LYNNE JONES** was interviewed by an agent with the Department of Veteran's Affairs, Office of Inspector General, Criminal Investigations Division and she admitted to writing herself checks monthly from her deceased mother's account that was

1

receiving the Veteran's Administration survivor death benefits and to signing her deceased mother's name on the checks.

5.  On May 1, 2015, the Veteran's Administration terminated the benefits and determined the loss amount to be $62,685.

SO STIPULATED:

_____  
LYNNE JONES  
Defendant

_____  
JUSTIN KUEHN  
Attorney for Defendant

Date: 10/19/2017

DONALD S. BOYCE  
United States Attorney

_____  
NORMAN R. SMITH  
Assistant United States Attorney

Date: 10/19/2017

2